JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY, | No. ED CV 15-2013-PA (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| RICHARD IVES, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: February 25, 2016

_____
PERCY ANDERSON
United States District Judge